# PAUL J. MADDEN

ATTORNEY AND COUNSELOR AT LAW
26 COURT STREET
SUITE 810
BROOKLYN, NEW YORK 11242-1108

TELEPHONE: [718] 624-0964
FACSIMILE: [718] 237-1393

The Honorable Ramon E. Reyes
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

February 17, 2011

U.S.A. v. Anthony Colandra
10 CR 1008 [BMC-RER]

by ECF

Dear Judge Reyes:

    I am writing to Your Honor to seek authorization for my client to be out of his home and away from his work in order to attend his own wedding on Saturday, February 19, 2011. His bail conditions include home detention, except for work, and electronic monitoring. The ceremony is scheduled for 10:00 a.m. on Saturday at Our Lady of Good Counsel Church in Manhattan. It actually will be in the place where Mr. Colandra works every day. I have conferred with each of the suretors who consent to this request. All of the five suretors will be attending the wedding; one is his wife to be and another is the maid of honor. I have conferred with the Pretrial Services Officer. Should Your Honor grant this request I suggest that the Officer work out the times for Mr. Colandra to be out of his home and work on Saturday. I also spoke with Ms. Melonie Clarke, the Deputy Clerk for Judge Brian Cogan, who indicated that the application should be made to Your Honor, as you are handling the matter pre-trial.

    Thank you for Your Honor's consideration of this request.

Respectfully yours,

*Paul Madden*

Paul Madden
Attorney for Mr. Colandro

Cc: Elizabeth Geddes, Esq.
    Assistant United States Attorney [by ECF]

    Michael Ilaria
    United States Pretrial Services Officer [by ECF]