**PAUL J. MADDEN**
ATTORNEY AND COUNSELOR AT LAW
26 COURT STREET
SUITE 810
BROOKLYN, NEW YORK 11242-1108

TELEPHONE: [718] 624-0964
FACSIMILE: [718] 237-1393

The Honorable Ramon E. Reyes
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

June 28, 2011

U.S.A. v. Anthony Colandra
10 CR 1008 [BMC-RER]

by ECF and facsimile

Dear Judge Reyes:

    I respectfully am writing to Your Honor in order to apply to be relieved and to appoint new counsel to represent Mr. Colandra, my client, for the reason set forth below. I have explained this to my client, Mr. Colandra, and also to Elizabeth Geddes, Esq., the Assistant United States Attorney who represents the government. She consents, provided that time is excluded, presumably between this application and the Court's decision. This matter will be on before Your Honor later today, June 28th, 2011.

    The reason for the request is that I had surgery earlier this month. I have been hospitalized since June 13. Although I expect to be released next month, it is likely that I will be out of commission for a period of time. I believe that it is only fair to everybody that I make this application to the Court in a timely manner.

    Thank you for Your Honor's consideration of this request.

Respectfully yours,

*Paul Madden*
Paul Madden
Attorney for Mr. Colandra

Cc: Elizabeth Geddes, Esq.
    Assistant United States Attorney [by ECF and e-mail]