

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EAG
F.#2010R02342

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

June 30, 2011

<u>By First Class Mail and ECF</u>

Steven Lloyd Brounstein, Esq.
Papa, DePaola & Brounstein
42-40 Bell Boulevard - Suite 500
Bayside, New York 11361

        United States v. Anthony Colandra
        <u>Criminal Docket No. 10 CR 1008 (BMC)</u>

Dear Mr. Brounstein:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following additional discovery in the above-captioned case.  The government also renews its request for reciprocal discovery.

    The following items are enclosed.

| **Exhibit** | **Description** |
|---|---|
| 1 | Autopsy for John Minerva, dated April 8, 1992 |
| 2 | Toxicology Laboratory for John Minerva, dated April 6, 1992 |
| 3 | Criminalistics Report, dated March 26, 1992 |
| 4 | Autopsy Notes for John Minerva |
| 5 | Death Certificate for John Minerva, dated March 25, 1992 |
| 6 | Autopsy for Michael Imbergamo, dated April 8, 1992 |
| 7 | Toxicology Laboratory for Michael Imbergamo, dated April 6, 1992 |

Steven Lloyd Brounstein, Esq.
June 30, 2011
Page 2

| **Exhibit** | **Description** |
|---|---|
| 8 | Criminalistics Report, dated March 26, 1992 |
| 9 | Autopsy Notes for Michael Imbergamo |
| 10 | Death Certificate for Michael Imbergamo, dated March 25, 1992 |
| 11 | Analysis of address book and other documents seized from vehicle in which Minerva and Imbergamo were killed, dated April 16, 1992 |
| 12 | Analysis of guns, ammunition, clothing, and other evidence seized from crime scene of the murders of Minerva and Imbergamo, dated March 28, 1992 |
| 13 | Analysis of Uzi submachine gun seized in the vicinity of the crime scene of the murders of Minerva and Imbergamo, dated April 8, 1992 |
| 14 | Fingerprint analysis of shell casings and other evidence seized from crime scene of the murders of Minerva and Imbergamo, dated March 26, 1992 |
| 15 | Fingerprint analysis of firearms and other evidence seized from crime scene of the murders of Minerva and Imbergamo, dated March 26, 1992 |
| 16 | Fingerprint analysis of Uzi submachine gun and other evidence seized in the vicinity of the crime scene of the murders of Minerva and Imbergamo, dated March 30, 1992 |
| 17 | Fingerprint analysis of 1988 Cadilac seized from crime scene of the murders of Minerva and Imbergamo, dated March 26, 1992 |
| 18 | Telephone records pertaining to 718-837-6852, subscribed to Vito Calabro, for the period between December 1991 and June 1992 |

Steven Lloyd Brounstein, Esq.
June 30, 2011
Page 3

| Exhibit | Description |
|---------|-------------|
| 19 | Phone records, including subscriber information, pertaining to telephone number 718-998-6089 for the period between January 1992 and April 1992 |
| 20 | Phone records, including subscriber information, pertaining to telephone number 718-996-8358 for the period between February 1992 and March 1992 |
| 21 | Phone records, including subscriber information, pertaining to telephone number 516-694-6906 for the period between March 1992 and April 1992 |
| 22 | Photo array, from which two witnesses separated identified phone number three (a photograph of Joseph Monteleone) as being a man observed by each of these witnesses in the general vicinity of Broadway Cafe on the evening of March 25, 1992 |
| 23 | Records pertaining to a 1992 Sedan Deville with VIN 1G6CD53B3N4271861, which belonged to John Minerva |
| 24 | Business cards and miscellaneous papers belonging to Michael Imbergamo |
| 25 | Firearm carrying permit belonging to Michael Imbergamo, and New York State pistol license application completed by Michael Imbergamo |
| 26 | Copy of a matchbook recovered from Michael Imbergamo on or about March 25, 1992 |
| 27 | Phonebook belonging to Michael Imbergamo |
| 28 | Phonebook belonging to John Minerva |

Steven Lloyd Brounstein, Esq.
June 30, 2011
Page 4

| Exhibit | Description |
|---------|-------------|
| 29 | Phonebook belonging to Dino Calabro |
| 30 | Crime Scene photographs taken in connection with the murders of John Minerva and Michael Imbergamo on March 25, 1992 |

If you have further questions or requests, please do not hesitate to contact me.

Very truly yours,

LORETTA E. LYNCH
United States Attorney

By: /s/
Elizabeth A. Geddes
Assistant U.S. Attorney
(718) 254-6430

Enclosures

cc: Clerk of Court (BMC) (w/o enclosures)