# PAPA, DePAOLA and BROUNSTEIN
*Attorneys at Law*

42-40 Bell Boulevard
Bayside, New York 11361
Suite 500

| | | |
|---|---|---|
| **John P. Papa** | (718) 281-4000 | **Madeline Wrzesc** |
| **John R. DePaola** | FAX (718) 281-4030 | Legal Assistant |
| **Steven L. Brounstein** | | |
| -------------- | | |
| **John K. Kouroupas** | | |
| **Lawrence E. Kozar** | | |

VIA ECF

December 13, 2011

Honorable Ramon Reyes
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: <u>United States v. Anthony Colandra</u>
        10 Cr. 1008(BMC)

Dear Judge Reyes:

  I submitted a request on December 6th 2011 permitting Mr. Colandra to pick up his daughter at college in Plattsburgh, New York which the Court granted..  I mistakenly indicated that he would be leaving on December 15th and returning on December 16th.  The actual dates are that he intends to leave on December 16th and return to the Metropolitan area on December 17th following the exact same itinerary requested in the letter, including Mr. Colandra providing his itinerary to Pre-Trial Services..  Accordingly I am requesting that the Court amend the order and allow Mr. Colandra to leave on December 16th and return on December 17th.  I apologize for the mistake and the additional burden I have placed on the Court.

  I thanks the Court for considering this application.

        Respectfully submitted;

        **PAPA, DEPAOLA & BROUNSTEIN**

        /s/

        **By: STEVEN L. BROUNSTEIN**