# PAPA, DePAOLA and BROUNSTEIN
*Attorneys at Law*

42-40 Bell Boulevard
Bayside, New York 11361
Suite 500

---

| | | |
|---|---|---|
| **John P. Papa** | **(718) 281-4000** | **Madeline Wrzesc** |
| **John R. DePaola** | **FAX (718) 281-4030** | **Legal Assistant** |
| **Steven L. Brounstein** | | |
| -------------- | | |
| **John K. Kouroupas** | | |
| **Lawrence E. Kozar** | | |

VIA ECF

June 8, 2012

Honorable Ramon Reyes
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

                Re:     United States v. Anthony Colandra
                      10 Cr. 1008(BMC)

Dear Judge Reyes:

     I represent Mr. Colandra who has a matter currently pending before the Court and had a status conference scheduled for next week. By agreement of the parties we are requesting that the conferences be adjourned until July 12th, 2012. The defendant agrees and consents that the time until July 12th should be deemed excludeable from the Speedy Trial clock.

     I thank the Court for considering this application.

                                      Respectfully submitted;

                                    **PAPA, DEPAOLA & BROUNSTEIN**

                                      /s/

                                      **By: STEVEN L. BROUNSTEIN**