## CRIMINAL CAUSE FOR STATUS CONFERENCE

BEFORE MAG. JUDGE __Reyes__   DATE: __7/12/12__   TIME: __2:30 pm__ .m.

DOCKET NUMBER: __10-CR-1008 (BMC)__   FTR #:_____

DEFT. NAME: __Anthony Colandra__   ATTY NAME: __Steven Brounstein__

___ present ___ not present ___ custody __X__ bail   ___ Legal Aid __X__ CJA ___ Retained

A.U.S.A. __Elizabeth Geddes  254-6430__   DEPUTY CLERK: __Miriam Vertus__

INTERPRETER: _____ (Language)   FTR# __2:41:58 - 2:49:08__

_____ Hearing held. _____ Hearing adjourned to _____

_____ Defendant was released on _____ PRB with/without some conditions.

_____ Defendant was advised of bond conditions by the Court and signed the bond.

_____ Surety(ies) were sworn and advised of bond obligations by the Court and signed the bond.

_____ Additional surety(ies) to co-sign bond by _____

_____ At this time, defense counsel states on the record that the defendant does not have a bail application/package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

__X__ Order of Excludable Delay entered.  Code Type _____  Start __7/12/12__ Stop __12/3/12__

_____ Order of Speedy Trial entered.  Code Type _____  Start _____ Stop _____

_____ Defendant's first appearance.   _____ Defendants arraigned on the Indictment.

_____ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the Indictment.

___ **Status Conference set for** _____ **before Judge Ramon E. Reyes**

OTHER: Discovery issues discussed. Parties working toward resolution of those issues and will file appropriate motions if necessary.