**PAPA, DePAOLA and BROUNSTEIN**
*Attorneys at Law*

42-40 Bell Boulevard
Bayside, New York 11361
Suite 500

| | | |
|---|---|---|
| John P. Papa | (718) 281-4000 | Madeline Wrzesc |
| John R. DePaola | FAX (718) 281-4030 | Legal Assistant |
| Steven L. Brounstein | | |
| -------------- | | |
| John K. Kouroupas | | |
| Lawrence E. Kozar | | |

VIA ECF

July 25, 2012

Honorable Ramon Reyes
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: United States v. Anthony Colandra
         10 Cr. 1008(BMC)

Dear Judge Reyes:

  I represent Mr. Colandra. Mr. Colandra's bail condition's include home detention with electronic monitoring while allowing him to go to work. Mr. Colandra's family is planning a four day vacation in Pennsylvania where his family will be staying at the Fernwood Resort and Villas In Bushkill Pennsylvania. The dates are from this Sunday July 29th returning on Thursday August 1st. I am requesting that Mr. Colandra be permitted to travel with his family. He will provide all contact, information and travel details to Pre-Trial Services and contact them upon his return to the Metropolitan area. I have been in contact withy Ana Lee of the Pre-Trial Servces Bureau and she has no objection to Mr.Colandra's request as long as he provides the aforementioned information to Pre-Trial Services. Additionally I have I have contacted Elizabeth Geddes the Assistant Untied States Attorney assigned to this matter and she has no objection to this request.

  I thanks the Court for considering this application.

            Respectfully submitted;

            **PAPA, DEPAOLA & BROUNSTEIN**

            /s/

            **By: STEVEN L. BROUNSTEIN**