

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EAG
F.#2010R02342

*271 Cadman Plaza East*

*Brooklyn, New York  11201*

August 9, 2012

By Email and ECF

Steven Lloyd Brounstein, Esq.
Papa, DePaola & Brounstein
42-40 Bell Boulevard - Suite 500
Bayside, New York 11361

       United States v. Anthony Colandra
       Criminal Docket No. 10 CR 1008 (BMC)

Dear Mr. Brounstein:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following additional discovery in the above-captioned case.  The government also renews its request for reciprocal discovery.

    Please find enclosed copies of five pages of handwritten notes taken by an agent with the Federal Bureau of Investigation during meetings with the defendant on or about March 20, 2008 and April 21, 2008.  A redacted version of a report documenting the information set forth in the enclosed notes was provided to the defendant in a discovery letter dated February 15, 2011.

        If you have further questions or requests, please do not hesitate to contact me.

                              Very truly yours,

                              LORETTA E. LYNCH
                              United States Attorney

                     By:  /s/_____
                              Elizabeth A. Geddes
                              Assistant U.S. Attorney
                              (718) 254-6430

Enclosures

cc:  Clerk of Court (BMC) (w/o enclosures)