**PAPA, DePAOLA and BROUNSTEIN**
*Attorneys at Law*

42-40 Bell Boulevard
Bayside, New York 11361
Suite 500

| | | |
|---|---|---|
| John P. Papa | (718) 281-4000 | Madeline Wrzesc |
| John R. DePaola | FAX (718) 281-4030 | Legal Assistant |
| Steven L. Brounstein | | |
| -------------- | | |
| John K. Kouroupas | | |
| Lawrence E. Kozar | | |

VIA ECF

August 13, 2012

Honorable Ramon Reyes
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

                        Re:      <u>United States v. Anthony Colandra</u>
                                 10 Cr. 1008(BMC)

Dear Judge Reyes:

      I represent Mr. Colandra. Mr. Colandra's bail condition include home detention with electronic monitoring while allowing home to go to work. Mr. Colandra's daughter will be attending her sophomore year at SUNY Plattsburgh located at 101 Broad st., Plattsburgh, New York. She needs to be present at school by Friday on August 24th. I am respectfully requesting that Mr. Colandra be given permission to accompany his daughter to the school in order to aid her in moving into her college residence. Mr. Colandra and his wife are planning to leave on Friday morning August 24th and return home on Sunday August 26th. They will be staying at the Econolodge and Suites located at 528 Route 3, Plattsburgh, NY. Mr. Colandra will provide his full itinerary to his supervising pre-trial service officer and of course immediately report his return to his residence. I contacted Elizabeth Geddes the Assistant Untied States Attorney assigned to this matter and she has no objection to this application..

      I thanks the Court for considering this application..

                                                 Respectfully submitted;

                                                 **PAPA, DEPAOLA & BROUNSTEIN**

                                                 /s/

                                                 **By: STEVEN L. BROUNSTEIN**